In the Matter of THOMAS STEEL, and on Behalf of All Others Similarly Situated, Appellant, against FLUSHING HOSPITAL AND DISPENSARY et al., Respondents.

Argued June 8, 1943; decided June 18, 1943.

*George Kent Weldon* for appellant.

*John Holley Clark, Jr.,* and *E. Crosby Kindleberger* for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.